

**C. O. ANDERSON, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

**No. 8245.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue,
both of Washington, D. C., for respond-
ent.

Before FOSTER, SIBLEY, and
HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation execut-
ed September 4, 1936, for the consolida-
tion of this case with the case entitled Da-
vid Gross, Petitioner, v. Commissioner of
Internal Revenue, Respondent (C.C.A.)
88 F.(2d) 567, and the motion filed by
petitioner to enter the same judgment in
the above-entitled and numbered cause
as was entered by this court in the case
entitled David Gross, Petitioner, v. Com-
missioner of Internal Revenue, on March
2, 1937, it is now here ordered, adjudged,
and decreed by this court that the judgment
of the said United States Board of Tax
Appeals in this cause be, and the same is
hereby, reversed with direction to correct
the tax assessed in accordance with the
opinion of this court rendered on March
2, 1937, in the case of David Gross, Pe-
titioner, v. Commissioner of Internal Rev-
enue, respondent.

**George STECHER, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

**No. 8246.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue, both
of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and
HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation execut-
ed September 4, 1936, for the consolidation
of this case with the case entitled David
Gross, Petitioner, v. Commissioner of In-
ternal Revenue, Respondent (C.C.A.) 88
F.(2d) 567, and the motion filed by peti-
tioner to enter the same judgment in the
above-entitled and numbered cause as was
entered by this court in the case entitled
David Gross, Petitioner, v. Commissioner
of Internal Revenue, on March 2, 1937, it
is now here ordered, adjudged, and decreed
by this court that the judgment of the said
United States Board of Tax Appeals in
this cause be, and the same is hereby, re-
versed with direction to correct the tax
assessed in accordance with the opinion of
this court rendered on March 2, 1937, in
the case of David Gross, Petitioner, v.
Commissioner of Internal Revenue, Re-
spondent.

**S. P. TOLAND, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.**

**No. 8247.**

Circuit Court of Appeals, Fifth Circuit.

March 11, 1937.

P. Robert G. Sjostrom, of Miami, Fla.,
for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., and
Herman Oliphant, Gen. Counsel, Depart-
ment of Treasury, and Chester A. Gwinn,
Sp. Atty., Bureau of Internal Revenue, both
of Washington, D. C., for respondent.

572

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation executed September 4, 1936, for the consolidation of this case with the case entitled David Gross, Petitioner, v. Commissioner of Internal Revenue, Respondent (C.C.A.) 88 F.(2d) 567, and the motion filed by petitioner to enter the same judgment in the above-entitled and numbered cause as was entered by this court in the case entitled David Gross, Petitioner, v. Commissioner of Internal Revenue, on March 2, 1937, it is now here ordered, adjudged, and decreed by this court that the judgment of the said United States Board of Tax Appeals in this cause be, and the same is hereby, reversed with direction to correct the tax assessed in accordance with the opinion of this court rendered on March 2, 1937, in the case of David Gross, Petitioner, v. Commissioner of Internal Revenue, Respondent.

## CARPER v. TEXAS COMPENSATION INS. CO.
### No. 8029.

Circuit Court of Appeals, Fifth Circuit.

March 2, 1937.

E. W. Napier, of Wichita Falls, Tex., for appellant.

C. M. Means and John H. Bickett, Jr., both of Dallas, Tex., and W. H. Caldwell of Wichita Falls, Tex., for appellee.

Before FOSTER and HOLMES, Circuit Judges, and STRUM, District Judge.

STRUM, District Judge.

This action arises under the Texas Workmen's Compensation Act.

Plaintiff, a switchboard operator employed by Southwestern Bell Telephone Company, on April 29, 1928, caught her heel on a broken step on the employee's stairway, and fell to the bottom of the stairs, some twenty feet, injuring her back and probably a kidney. She suffered much pain in her back and underwent treatment at home and in a hospital, remaining in bed until July, 1928. On September 27, 1928, she went back to work in her former employment,